UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23295-CV-WILLIAMS

GREEN APPLE JUICE BAR, LLC,

    Plaintiff,

v.

BAY PARC PLAZA MARKET, LLC, *et al.,*

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 22) ("***Report***") on Plaintiff Green Apple Juice Bar, LLC's Motion for Default Judgment (DE 15) and Defendants Maor Aflalo and Aviram Dadon's "Personal Response and Request for Extension of Time to file a Lawyer's Response to the Claim" (DE 12). In the Report, Judge Reid recommends that (1) Plaintiff's Motion for Default Judgment (DE 15) be granted, Plaintiff be awarded $50,000.00 in statutory damages under 15 U.S.C. § 1117, Plaintiff's request for attorney's fees under 15 U.S.C. § 1117(a) be granted, and Plaintiff's request for punitive damages be denied without prejudice; (2) Defendants be permanently enjoined from infringing the Green Apple Mark; and (3) Defendants' Personal Response and Request for Extension of Time be denied as moot. (DE 22 at 17–18.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Reid's Report (DE 22) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Default Judgment (DE 15) is **GRANTED**.

3. Defendants Maor Aflalo and Aviram Dadon's "Personal Response and Request for Extension of Time to file a Lawyer's Response to the Claim" (DE 12) is **DENIED AS MOOT**.

4. The Clerk is directed to **CLOSE** this case.

5. All pending motions are **DENIED AS MOOT**.

6. All deadlines and hearings are **CANCELED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>12th</u> day of June, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE